Argued July 23, 1976, reversed and remanded February 28, 1977

## PUBLIC WELFARE DIVISION,
*Petitioner—Cross-Respondent,*

*v.*

## BROWN, *Respondent—Cross-Petitioner.*

### (CA 5311)

560 P2d 311

W. Michael Gillette, Solicitor General, Salem, argued the cause for petitioner—cross-respondent. With him on the briefs was Lee Johnson, Attorney General, Salem.

Charles M. Gudger, III, Eugene, argued the cause for respondent—cross-petitioner. With him on the brief was Joseph & Gudger, Eugene.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

In this public employe discharge case, the employe in effect contends, on cross-appeal from the Employment Relation Board's decision, that he was denied his right to the pre-termination procedures required by *Tupper v. Fairview Hospital,* 276 Or 657, 556 P2d 1340 (1976). In response, it is argued the record establishes to the contrary.

We have examined the record and find it inconclusive. Moreover, since the ERB hearing in this case was conducted before the Supreme Court's decision in *Tupper,* it is possible that the parties did not present all available evidence about what pre-termination procedures were followed.

Reversed and remanded for further proceedings consistent with *Tupper* and this opinion.